**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

1.      Your affiant, Detective Shawna Gilbert, hereby informs the Court that she is a commissioned peace officer with the Lakewood, Colorado Police Department, and is currently assigned as a task force officer with the FBI Rocky Mountain Safe Streets Task Force ("RMSSTF"). Your affiant is responsible for investigating violent crimes in the Denver metropolitan area, including bank robberies. Your affiant has been a police officer in Colorado for approximately twelve years and has training and experience in the investigation of violent crimes. The information contained in this affidavit is based upon information compiled from personal involvement, witness/victim interviews, fellow law enforcement officers, informants and by reading official police reports.

2.      This affidavit is being submitted in support of a criminal complaint and affidavit charging Domitrea Nicole Granado (aka Powell, hereinafter referred to as Granado) with a violation of Title 18, United States Code, Section 2113(a), Bank Robbery. Due to the limited purpose of this affidavit, your affiant has not included each and every fact known concerning this investigation, although, to the best of her information, knowledge and belief, your affiant has not omitted any material fact that undermines the statements and conclusions herein. Your affiant has set forth only the facts your affiant believes are necessary to establish probable cause to show that Domitrea Nicole Gradado committed the crime of Bank Robbery in violation of Title 18, United States Code, Section 2113(a).

**INVESTIGATION**

3.      On July 31, 2019, at about 9:22 a.m., the TCF Bank at 7206 Federal Boulevard in Westminster, Adams County, Colorado was robbed. The victim, a person over 18 years of age, whose initials are O.C., reported she was assisting a different customer when a female robber, came into the TCF Bank and approached the Assistant Manager with the initials R.V. The robber asked R.V. for a deposit slip. R.V. provided the robber with a slip. The robber took the deposit slip to an island located in the middle of the bank lobby. When O.C. finished helping the customer

she was approached by the robber. The robber placed the deposit slip with a note written on it and a white bag on the counter. O.C. read the note and sent an instant message to R.V. saying she was being robbed. As O.C. did this the robber said, "now" in a demanding manner using a quiet voice. O.C. felt "really scared" and complied with the robber's demand, and gave the robber U.S. currency, which was under the care and control of TCF Bank, an FDIC insured banking institution as well as a GPS tracker. O.C. described the robber as a white female, approximately 30 to 40 years old, approximately 4'09" to 5'01" tall, with a heavy-set build, dark brown hair that was worn up, and tattoos on her neck and arm. The robber was wearing a short sleeve black shirt and gray shorts.

4. The total amount of U.S. currency that O.C. gave the robber was $849.00. The robber fled the bank on foot and Westminster (CO) police were notified. During the robbery, the robber did not display or threaten any weapons.

5. R.V., a person over 21 years of age, was working in the bank at the time of the robbery. R.V. saw the robber enter the bank and look around. R.V. greeted the robber who requested a deposit slip. R.V. provided the robber with a bunch of deposit slips. The robber then went to an island area in the lobby of the bank. R.V. then saw the robber approach O.C. R.V. then received an instant message from O.C. notifying him she was being robbed. R.V. described the robber as a white female with pale skin, approximately 04'09" to 5'00" tall, "chubby", with dark hair that was pulled up, and tattoos on her leg and neck. The robber was wearing a black shirt and white shorts.

6. The covert GPS tracker given to the robber by the victim teller activated on July 31, 2019 at 9:24:26 a.m. (MST). The tracker obtained several GPS fixes which showed the tracker

traveled north from the bank on Federal Boulevard (at speeds ranging from 0 MPH to 33.6 MPH, indicating it was likely inside a vehicle) and onto the eastbound on-ramp to US Highway 36 at Federal. The tracker traveled along the ramp and the signal was lost just prior to merging onto the highway (at 9:28:15 a.m.). The damaged tracker was recovered by police on the on-ramp near where the GPS signal was lost.

7. The robbery note was collected as evidence at the TCF Bank. The note said the following, "Put all the money in this bag don't make no suddon movement ~~and o~~ or everyone will die".

8. Westminster Police Department Senior Criminalist Chandra Thurston processed the note using Ninhydrin. On the robbery note the right thumb for Domitrea Granado was identified. As of this writing not all prints found on the note have been analyzed. The identified print was verified by Senior Criminalist Pardo.

9. TCF Bank Enterprise Security Manager Claire Regan provided investigators with still images of the bank robber captured from the video surveillance system inside of the bank. Task Force Officer Michael Kim compared the photo of the robber with photos in a law enforcement database and noted the robber's appearance was similar to that of Domitrea Nicole Granado. Image A located below is an image of the robber taken from the TCF Bank. Image B is a known photo of Domitrea Nicole Granado located in a law enforcement database that was taken on 05/27/2019.

Image A:                                                        Image B:

          

10.     TFO Shawna Gilbert observed additional photographs of Domitrea Nicole Granado, TFO Gilbert observed a photograph showing a tattoo on the back of Domitrea Nicole Granado's neck that was taken on 09/13/2008. A copy of that photograph is below identified as Image C. TFO Shawna Gilbert requested additional still images of the back of the robber from TFC Bank. TCF Bank Enterprise Security Manager Claire Regan provided additional images of robber. TFO Shawna Gilbert viewed the images and observed a tattoo on the back of the robber's neck that appeared similar with that of the tattoo on the back of Domitrea Nicole Granado's neck. An image of the back of the robber's neck is located below as Image D.

Image C:                Image D: 

## **CONCLUSION**

11.     Based on the foregoing, your affiant believes that probable cause exists that on or about July 31, 2019, in the State and District of Colorado, Domitrea Nicole Granado did commit the crime of Bank Robbery in violation of Title 18, United States Code, Section 2113(a).

12. The foregoing is true and correct to the best of my knowledge, information and belief.

_____s/Shawna Gilbert_____
Task Force Officer, FBI Safe Streets TF

Sworn to before me this __31st__ day of _____July_____, 2019.

_____
United States Magistrate Judge

**Affidavit reviewed and submitted by Kurt Bohn, Assistant United States Attorney.**

5